377 A.2d 162

Commonwealth v. Applegate, Appellant.

Submitted October 8, 1976. William F. Ochs, Jr., Public Defender, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

377 A.2d 162

Commonwealth v. Atkinson, Appellant.

Submitted June 28, 1976. Vincent J. Fumo, and Pechner, Dorfman, Wolffe & Rounick, for appellant; Steven H. Goldblatt and Deborah E. Glass, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.